# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michael J. Campbell, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| St. Joseph's Hospital and Health Center, ) | |
| f/k/a St. Joseph's Hospital, d/b/a CHI ) | |
| St. Alexius Health Dickinson, ) | Case No. 1:16-cv-307 |
| ) | |
| Defendants. ) | |

Before the court is a "Stipulation to Amend Scheduling and Discovery Plan" filed by the parties on February 28, 2018. The court **ADOPTS** the parties' stipulation (Doc. No. 19) and **AMENDS** the scheduling order as follows:

5. The parties shall have until June 15, 2018, to complete discovery depositions of economic experts and vocational rehabilitation experts. The parties shall have until April 11, 2018, to complete discovery depositions of all other expert witnesses. This deadline excludes depositions of treating physicians.

10. The parties shall have until May 1, 2018, to file other dispositive motions (e.g. summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 1st day of March, 2018.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court